IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GOMEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant. | 1:11cv01155 DLB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the parties' stipulation to dismiss filed on February 15, 2012, this action is DISMISSED WITH PREJUDICE. Each party shall bear its own fees, costs and expenses.

IT IS SO ORDERED.

Dated:  **February 21, 2012**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1